

home > Departments > drinkware > stainless > empire

Recently Viewed   Print Page   Send Page   Share

PREVIOUS   (41 OF 44)   NEXT



ZOOM

There are no alternate images available for this product.

## EMPIRE
SKU# VM-57 Silver

A regal edition for any executive. This 15 oz. stainless vacuum sealed tumbler has a satin finish and a hook for tea bags. Keeps beverages hot or cold for hours. Spill proof screw on lid with push button open/close function with 360 degree drinkability. **Etching and Personalization is available with the Stainless tumbler only!**

BPA

| COLOR | View Decorative Details | SIZE | 8.5"H x 3.75"D |
|---|---|---|---|
| Silver  Main Image | | IMPRINT AREA | Horizontal: 1.75"W x 1.75"H  Vertical: 1.25"W x 4.25"H  Silkscreen: 8"W x 3.5"H |
| | | PACKAGING | Gift Box |

### ITEM PRICING

US   Canada

| QTY | 48 - 71 | 72 - 143 | 144 - 287 | 288 - 576 | 577 - 2000 |
|---|---|---|---|---|---|
| PRICING(R) | $12.48 | $11.38 | $10.98 | $10.78 | $9.98 |

- Order a Virtual Spec from Gordon Sinclair
- Create Your Own Virtual Sample
- Add to my Wishlist
- View Stock Art Designs
- Estimate Shipping
- Request a sample
- Ordering Requirements
- Create Your Own Flyer

### YOU MAY ALSO LIKE


**ASTOR**
As low as
$11.25


**ONTARIO**
As low as
$6.67


**ASTOR WITH LEATHERETTE SLEEVE**
As low as
$12.50


**ROCKER**
As low as
$6.25

**IMPRINT OPTIONS**  DOCUMENTS  TEMPLATES  SHIPPING  IMAGE DOWNLOAD  CATALOG PAGE  CASE HISTORIES

**PAD PRINT**
SETUP: $ 60.00 (V) PER COLOR/LOG
RUN: ADDITIONAL $0.55(V)
PRODUCTION: 3-5 DAYS
2 COLOR LOGO: 2ND COLUMN QTY
3+ COLOR LOGO: 3RD COLUMN QT

**4CP**
SETUP: $ 250 (V)
RUN: $2.00(V)
PRODUCTION: 5-6 DAYS
MINIMUM ORDER QTY 288 PCS

**METALLIC INK**
SETUP: $ 60.00 (V)
RUN: ADDITIONAL $0.55 (V)

**SILKSCREEN**
SETUP: $ 60.00 (V)
RUN: ADDITIONAL $0.55(V)
PRODUCTION: 3-5 DAYS

**ELEVATION INK**
SETUP: $60 (V)
RUN: $1.00 (V)

**ETCH PERSONALIZATION**
SETUP: $ 250.00 (V)
RUN: $2.50 (V)

**GLOSS INK**
SETUP: $ 60.00 (V)
RUN: ADDITIONAL $0.55 (V)

**NEON INK**
SETUP: $ 60.00 (V)
RUN: ADDITIONAL $0.55 (V)

**MATTE INK**
SETUP: $ 60.00 (V)
RUN: ADDITIONAL $0.55 (V)

**ETCH INK**
SETUP: $ 60.00 (V)
RUN: ADDITIONAL 0.55 (V)

**CHALK INK**
SETUP: $ 60.00 (V)
RUN: $1.20 (V)

**GLITTER INK**
SETUP: $ 60.00 (V)
RUN: ADDITIONAL 0.55 (V)

**CONTINUOUS PRINT**
SETUP: $ 60.00 (V)
RUN: ADDITIONAL $0.55 (V)

---

**ABOUT**
OUR STORY
WHAT IS BIO-DPS™
TRADESHOWS
PRESS RELEASES
TESTIMONIALS

**SERVICES**
QUICK SHIP
VIRTUAL SPEC
COMPLIANCE
CODE OF CONDUCT

**HOW TO ORDER**
ORDER REQUIREMENTS
DECORATING METHODS
ARTWORK REQUIREMENTS
VIEW ONLINE CATALOG
FAQS
CANADIAN PRICING

**MY GS COMMUNITY**
REGISTER
LOGIN

**Email Sign Up**
SUBMIT

Follow us on   

Terms and Conditions    Privacy    Site Map

©2015 GordonSinclair.com - Powered by idev.

  

QUALITY NEVER LOOKED SO GOOD ™

